IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

GLENN DARIUS SMITH,

    Plaintiff,

v.

    CIVIL ACTION NO.: CV514-023

BENNY DeLOACH, Sheriff, Appling County; BERNARD COOK, Deputy, Bacon County; and Major JERRY BLASH, Alma Police Department,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims are **DISMISSED** without prejudice. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

SO ORDERED, this 30 day of July, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)